**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,           ) | |
|                                     ) | 07-04183MP-001-PCT-MEA |
|         Plaintiff,                  ) | |
|                                     ) | **ORDER** |
| vs.                                 ) | |
|                                     ) | |
| JAYSON YAZZIE,                      ) | |
|                                     ) | |
|         Defendant.                  ) | |
|                                     ) | |

    The defendant appeared in court and admitted to violating the terms of his probation as set in the Petition to Revoke Supervised Probation.

    IT IS ORDERED revoking the defendant's supervised probation as unsuccessfully completed.

    IT IS FURTHER ORDERED that the defendant is hereby committed to the custody of the Bureau of Prisons for the term of **THIRTY (30) DAYS** for each citation, said terms to run concurrently, in accordance with 18 U.S.C. §3585(b) defendant to receive credit for pre-sentence time served.

    IT IS RECOMMENDED that the defendant serve his sentence at the Coconino County Jail.

    DATED this 14th day of January, 2008.

*Mark E. Aspey*
Mark E. Aspey
United States Magistrate Judge